# CASE ANNOUNCEMENTS

*October 3, 2008*

[Cite as *10/3/2008 Case Announcements,* 2008-Ohio-5111.]

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2008–1741.   **Tarantino v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–M–1628.

# CASE ANNOUNCEMENTS

*October 6, 2008*

[Cite as *10/06/2008 Case Announcements,* 2008-Ohio-5172.]

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2008–1464.   **State ex rel. Cambridge Home Health Care, Inc. v. Indus. Comm.**
In Mandamus.

2008–1639.   **State ex rel. Sebring v. Alro Steel Corp.**
Franklin App. No. 07AP–679, 2008-Ohio-3625.

# CASE ANNOUNCEMENTS

*October 6, 2008*

[Cite as *10/06/2008 Case Announcements #2,* 2008-Ohio-5215.]

## MOTION AND PROCEDURAL RULINGS

1988–0351.   **State v. Cooey.**
Summit App. No. 12943. On October 6, 2008, appellant filed a motion for stay of execution scheduled for October 14, 2008.

It is ordered by the court, sua sponte, that appellee shall file a response to the motion for stay of execution by October 8, 2008.

2008–1950.   **State ex rel. Stokes v. Brunner.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus involving an expedited election matter. Upon consideration thereof,

It is ordered by the court, sua sponte, that respondent shall file a response by Thursday, October 9, 2008. The parties shall file their evidence and briefs by Tuesday, October 14, 2008.